UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 4:08-cr-4-RLY-MGN-1 |
| JAMES W. DOTTS, JR. | ) | |
| Defendant | ) | |

## ORDER APPROVING AND ADOPTING MAGISTRATE JUDGE=S REPORT AND RECOMMENDATION

The Court, having considered the Magistrate Judge=s Report and Recommendation dated September 4, 2013, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant=s supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of time served (6 months) with no term of supervised release to follow.

SO ORDERED this 5th day of September 2013.

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF

U.S. Marshal

U.S. Probation